**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

PEYTON HOPSON,

      **Petitioner,**

      v.

WARDEN, BELMONT
CORRECTIONAL INSTITUTION,

      **Respondent.**

**CASE NO. 2:21-CV-1380**
**CHIEF JUDGE ALGENON L. MARBLEY**
**Magistrate Judge Kimberly A. Jolson**

**ORDER**

Petitioner has filed a Motion to Proceed requesting expedited consideration of his habeas corpus petition. (Doc. 10.) However, the case is no longer before this Court. On March 30, 2021, the Court transferred the action to the United States District Court for the Northern District of Ohio, Eastern Division, in Akron. (Doc. 1.) The Motion to Proceed (Doc. 10) therefore is **DENIED.**

Petitioner may re-file any further motions in the United States District Court for the Northern District of Ohio.

      **IT IS SO ORDERED.**

                                        **ALGENON L. MARBLEY**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:  September 3, 2021**